IN THE UNITED STATES COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Sharon Rushing, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>AON, PLC,<br><br>Defendant. | Case No. 1:22-CV-03452 |

## NOTICE OF VOLENTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(i), Plaintiff Sharon Rushing hereby dismisses without prejudice all claims against Aon PLC.

| | |
|---|---|
| Dated: August 12, 2022 | Respectfully submitted,<br><br>*/s/ Joseph M. Lyon*<br>Joseph M. Lyon<br>THE LYON FIRM<br>2754 Erie Avenue<br>Cincinnati, OH 45208<br>Phone: 513-381-2333<br>Email: jlyon@thelyonfirm.com<br><br>Bryan L. Bleichner<br>CHESTNUT CAMBRONNE<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>Phone: 612-339-7300<br>Email: bbleichner@chestnutcambronne.com<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 12th day of August 2022, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

               */s/ Joseph M. Lyon*
               Joseph M. Lyon